UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| BECKY HUGHES SPENCE, | ) | **JUDGMENT** |
| Plaintiff, | ) | |
| | ) | 5:07-CV-15-BR |
| v. | ) | |
| | ) | |
| ITC DeltaCom Communications, Inc., | ) | |
| Business Telecom, Inc., BTI Telecom Corp., and | ) | |
| James Labrec, | ) | |
| Defendants. | ) | |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**IT IS ORDERED, ADJUDGED & DECREED** that the defendants' motion for judgment on the pleadings is GRANTED IN PART and plaintiff's Federal claims are DISMISSED. Pursuant to 28 U.S.C. 1441(c), the court declines to exercise jurisdiction over plaintiff's state law claims. The case is therefore REMANDED to Wake County Superior Court.

**This Judgment Filed and Entered on December 10, 2007 and Copies Electronically To:**

**Calvin B. Bennett, III**

**Robert M. Elliot**

**Gretchen W. Ewalt**

**Phillip J. Strach**

DECEMBER 10, 2007                                    /s/ DENNIS P. IAVARONE, CLERK